UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS A. ALFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 7:21-CV-98-BO** |
| DENIS MCDONOUGH, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court is satisfied that there is no clear error on the face of the record and ADOPTS the M&R [DE 6]. Plaintiff's motion for leave to proceed in forma pauperis [DE 1] is GRANTED. Plaintiff's complaint [DE 7] is DISMISSED for failure to state a claim. The Clerk is DIRECTED to close the case.

**This Judgment Filed and Entered on October 5, 2021, and Copies To:**

Carlos A. Alford    (Sent to 126 Trombay Drive Wilmington, NC 28412 via US Mail)

DATE:    PETER A. MOORE, JR., CLERK

October 5, 2021    (By) /s/ Nicole Sellers

  Deputy Clerk